# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Somers, Dale L. | U.S. Bankruptcy Court - Kansas | 05/21/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination　　Date<br>☐ Initial　　✔ Annual　　☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

255 U.S. Courthouse
444 SE Quincy
Topeka, KS 66683

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/21/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/21/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. BJD Somers Family LLC | D | Distribution | M | U | | | | | See Note in Part VIII |
| 2. C.M. Life Insurance Company - Whole Life | B | Int./Div. | K | T | | | | | |
| 3. C.M. Life Insurance Company - Whole Life | A | Int./Div. | J | T | | | | | |
| 4. C.M. Life Insurance Company - Whole Life | A | Int./Div. | J | T | | | | | |
| 5. Fidelity Brokerage Services LLC - IRA Account #1 (H) | | | | | | | | | See Note in Part VIII |
| 6. -Claymore Securities Defined Portfolios | B | Dividend | K | T | | | | | |
| 7. -Fidelity Cash Reserves | A | Int./Div. | K | T | | | | | |
| 8. -Ishares S&P Midcap 400 Growth | A | Dividend | K | T | Buy (add'l) | 02/10/20 | J | | |
| 9. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 10. | | | | | Sold (part) | 05/14/20 | J | A | |
| 11. | | | | | Sold (part) | 10/15/20 | J | B | |
| 12. -Doubleline Total Rt Bond Fd | D | Dividend | M | T | Sold (part) | 03/13/20 | K | A | |
| 13. | | | | | Buy (add'l) | 04/16/20 | K | | |
| 14. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 15. | | | | | Sold (part) | 06/03/20 | J | A | |
| 16. | | | | | Buy (add'l) | 10/14/20 | K | | |
| 17. | | | | | Sold (part) | 11/19/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Metropolitan West Total Return | C | Dividend | M | T | Sold (part) | 03/13/20 | K | A | |
| 19. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 20. | | | | | Buy (add'l) | 05/13/20 | K | | |
| 21. | | | | | Sold (part) | 06/03/20 | J | A | |
| 22. | | | | | Sold (part) | 08/07/20 | J | A | |
| 23. | | | | | Buy (add'l) | 10/14/20 | J | | |
| 24. | | | | | Sold (part) | 11/19/20 | J | A | |
| 25. -Oakmark Intl Advisor Fund | A | Dividend | L | T | Sold (part) | 02/07/20 | J | A | |
| 26. | | | | | Buy (add'l) | 03/27/20 | K | | |
| 27. | | | | | Sold (part) | 05/13/20 | J | A | |
| 28. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 29. | | | | | Sold (part) | 08/07/20 | K | A | |
| 30. | | | | | Sold (part) | 11/12/20 | J | A | |
| 31. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 32. -Ishares S&P 500 Value ETF | A | Dividend | L | T | Sold (part) | 01/13/20 | L | D | |
| 33. | | | | | Buy (add'l) | 02/10/20 | J | | |
| 34. | | | | | Buy (add'l) | 03/16/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/30/20 | K | | |
| 36. | | | | | Sold (part) | 04/17/20 | J | A | |
| 37. | | | | | Sold (part) | 05/14/20 | K | C | |
| 38. | | | | | Buy (add'l) | 06/04/20 | K | | |
| 39. | | | | | Sold (part) | 08/10/20 | K | B | |
| 40. | | | | | Buy (add'l) | 10/15/20 | K | | |
| 41. | | | | | Buy (add'l) | 11/13/20 | K | | |
| 42.    -Ishares Trust Core MSCI EAFE ETF | C | Dividend | M | T | Sold (part) | 03/03/20 | J | A | |
| 43. | | | | | Buy (add'l) | 03/16/20 | K | | |
| 44. | | | | | Sold (part) | 05/14/20 | K | A | |
| 45. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 46. | | | | | Sold (part) | 08/10/20 | K | A | |
| 47. | | | | | Buy (add'l) | 11/20/20 | K | | |
| 48.    -Wells Fargo Special Mid Cap CL I | | None | | | Sold | 01/13/20 | K | E | |
| 49.    -Baird Aggregate Bond Fund Investor Cl | B | Dividend | L | T | Sold (part) | 03/02/20 | J | A | |
| 50. | | | | | Buy (add'l) | 05/13/20 | K | | |
| 51. | | | | | Sold (part) | 06/03/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 08/07/20 | J | A | |
| 53. | | | | | Buy<br>(add'l) | 10/14/20 | J | | |
| 54. | | | | | Sold<br>(part) | 11/19/20 | J | A | |
| 55.   -Ishares Core U.S. Aggregate Bond ETF | D | Dividend | O | T | Buy<br>(add'l) | 01/13/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 01/14/20 | K | | |
| 57. | | | | | Sold<br>(part) | 03/03/20 | K | C | |
| 58. | | | | | Sold<br>(part) | 03/16/20 | K | A | |
| 59. | | | | | Buy<br>(add'l) | 03/18/20 | L | | |
| 60. | | | | | Buy<br>(add'l) | 05/14/20 | L | | |
| 61. | | | | | Sold<br>(part) | 06/04/20 | L | C | |
| 62. | | | | | Buy<br>(add'l) | 07/09/20 | J | | |
| 63. | | | | | Sold<br>(part) | 08/10/20 | K | B | |
| 64. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 65. | | | | | Sold<br>(part) | 11/20/20 | K | A | |
| 66.   -Ishares Inc Core MSCI Emerging Mkts | B | Dividend | M | T | Buy<br>(add'l) | 01/13/20 | J | | |
| 67. | | | | | Sold<br>(part) | 02/26/20 | J | A | |
| 68. | | | | | Buy<br>(add'l) | 08/10/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 70. | | | | | Buy (add'l) | 11/20/20 | K | | |
| 71.  -Ishares Core S&P Small-Cap ETF | A | Dividend | M | T | Sold (part) | 02/10/20 | K | A | |
| 72. | | | | | Sold (part) | 05/14/20 | J | A | |
| 73. | | | | | Sold (part) | 07/09/20 | K | A | |
| 74. | | | | | Buy (add'l) | 11/20/20 | L | | |
| 75.  -Ishares S&P Midcap 400 Value ETF | A | Dividend | K | T | Buy (add'l) | 02/10/20 | J | | |
| 76. | | | | | Buy (add'l) | 03/16/20 | K | | |
| 77. | | | | | Sold (part) | 07/09/20 | J | A | |
| 78. | | | | | Sold (part) | 09/25/20 | J | A | |
| 79.  -The Hartford Intl Oppt Fd | A | Dividend | J | T | Sold (part) | 03/02/20 | K | A | |
| 80. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 81. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 82. | | | | | Sold (part) | 08/07/20 | K | C | |
| 83. | | | | | Sold (part) | 09/24/20 | J | B | |
| 84. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 85.  -Pimco Total Return Fund | C | Dividend | M | T | Sold (part) | 03/13/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 87. | | | | | Buy (add'l) | 05/13/20 | K | | |
| 88. | | | | | Sold (part) | 06/03/20 | J | A | |
| 89. | | | | | Sold (part) | 08/07/20 | J | A | |
| 90. -Harding Loevner Inst Emerging Mkts | A | Dividend | M | T | Buy (add'l) | 01/10/20 | K | | |
| 91. | | | | | Buy (add'l) | 08/07/20 | J | | |
| 92. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 93. -Pimco Intl Bond (US Dollar Hedged) | C | Dividend | M | T | Sold (part) | 01/10/20 | L | A | |
| 94. | | | | | Sold (part) | 03/13/20 | K | A | |
| 95. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 96. -Ishares Intl Aggregate Bond | B | Dividend | L | T | Sold (part) | 01/13/20 | K | A | |
| 97. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 98. | | | | | Sold (part) | 03/30/20 | K | A | |
| 99. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 100. -Ishares Gold Trust | | None | | | Buy | 01/13/20 | L | | |
| 101. | | | | | Sold (part) | 03/30/20 | J | A | |
| 102. | | | | | Sold | 10/15/20 | L | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Ishares TIPS Bond ETF | A | Dividend | | | Buy | 01/13/20 | L | | |
| 104. | | | | | Sold<br>(part) | 03/18/20 | L | A | |
| 105. | | | | | Buy<br>(add'l) | 08/10/20 | L | | |
| 106. | | | | | Sold | 11/20/20 | M | A | |
| 107.  -Ishares S&P 500 Growth ETF | A | Dividend | | | Buy | 03/09/20 | K | | |
| 108. | | | | | Buy<br>(add'l) | 03/16/20 | K | | |
| 109. | | | | | Sold<br>(part) | 04/17/20 | K | A | |
| 110. | | | | | Sold<br>(part) | 05/14/20 | L | D | |
| 111. | | | | | Buy<br>(add'l) | 06/04/20 | K | | |
| 112. | | | | | Buy<br>(add'l) | 07/09/20 | K | | |
| 113. | | | | | Sold<br>(part) | 10/15/20 | K | D | |
| 114. | | | | | Sold | 11/20/20 | K | D | |
| 115.  Fidelity Brokerage Services LLC - IRA<br>Account #2 (H) | | | | | | | | | See Note in Part VIII |
| 116.  -Fidelity Cash Reserves | A | Int./Div. | J | T | | | | | |
| 117.  -Harbor Bond | A | Dividend | K | T | | | | | |
| 118.  -Baird Aggregate Bond Fund Investor Cl | B | Dividend | L | T | | | | | |
| 119.  -Ishares Trust Core MSCI EAFE ETF | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -Ishares S&P 500 Growth ETF | A | Dividend | | | Buy | 07/09/20 | J | | |
| 121. | | | | | Sold | 11/20/20 | J | A | |
| 122.  -Ishares Core S&P Smallcap ETF | A | Dividend | J | T | Buy | 11/20/20 | J | | |
| 123.  Fidelity Brokerage Services LLC - Non IRA Acct (H) | | | | | | | | | See Note in Part VIII |
| 124.  -Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 125.  -Ishares Russell 1000 Value | B | Dividend | K | T | Sold<br>(part) | 11/13/20 | K | D | |
| 126.  -Ishares Core S&P Smallcap ETF | A | Dividend | J | T | Buy | 01/14/20 | K | | |
| 127. | | | | | Sold<br>(part) | 02/10/20 | K | A | |
| 128. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 129.  -Ishares S&P Midcap 400 Value ETF | A | Dividend | K | T | Buy | 01/14/20 | K | | |
| 130. | | | | | Sold<br>(part) | 03/16/20 | J | A | |
| 131.  -Ishares S&P Midcap 400 Growth ETF | A | Dividend | J | T | Buy | 11/20/20 | K | | |
| 132.  -Ishare S&P 500 Value ETF | B | Dividend | | | Buy<br>(add'l) | 01/14/20 | L | | |
| 133. | | | | | Sold<br>(part) | 04/01/20 | N | A | |
| 134. | | | | | Sold<br>(part) | 08/10/20 | J | C | |
| 135. | | | | | Sold | 11/13/20 | K | C | |
| 136.  -Ishare S&P 500 Growth ETF | B | Dividend | M | T | Buy<br>(add'l) | 02/10/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 03/30/20 | K | | |
| 138. | | | | | Sold (part) | 04/01/20 | M | A | |
| 139. | | | | | Sold (part) | 04/01/20 | J | A | |
| 140. | | | | | Sold (part) | 05/14/20 | J | B | |
| 141. | | | | | Buy (add'l) | 07/09/20 | J | | |
| 142. | | | | | Buy (add'l) | 08/10/20 | K | | |
| 143. | | | | | Sold (part) | 11/13/20 | J | C | |
| 144. | | | | | Sold (part) | 11/20/20 | K | D | |
| 145. -Principal Blue Chip I Shares | | None | M | T | Buy | 04/01/20 | M | | |
| 146. | | | | | Sold (part) | 11/12/20 | J | B | |
| 147. -Principal Equity Income Instl | C | Dividend | N | T | Buy | 04/01/20 | M | | |
| 148. | | | | | Sold (part) | 11/12/20 | J | B | |
| 149. -Doubleline Total Return Bond Fund | A | Dividend | | | Buy | 05/13/20 | K | | |
| 150. | | | | | Sold | 08/07/20 | K | A | |
| 151. Fidelity Brokerage Services LLC - Roth IRA Account (H) | | | | | | | | | See Note in Part VIII |
| 152. -Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 153. -Baird Aggregate Bond Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. -Ishares S&P Mid Cap 400 Growth ETF | A | Dividend | J | T | | | | | |
| 155. -Ishares S&P 500 Growth ETF | A | Dividend | | | Buy | 07/09/20 | J | | |
| 156. | | | | | Sold | 11/20/20 | J | A | |
| 157. -Ishares Core S&P Smallcap ETF | A | Dividend | J | T | Buy | 11/20/20 | J | | |
| 158. Fidelity Brokerage Services LLC - IRA Account #3 (H) | | | | | | | | | See Note in Part VIII |
| 159. -Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 160. -Doubleline Total RT Bond Fund | A | Dividend | K | T | Buy<br>(add'l) | 01/13/20 | J | | |
| 161. -The Hartford Intl Oppt Fund | A | Dividend | L | T | Sold<br>(part) | 05/13/20 | J | A | |
| 162. -Ishares Core US Aggr Bond ETF | D | Dividend | N | T | Buy<br>(add'l) | 01/14/20 | J | | |
| 163. | | | | | Buy<br>(add'l) | 03/18/20 | K | | |
| 164. -Ishares Inc Core MSCI Emerging Mkts | A | Dividend | K | T | | | | | |
| 165. -Ishares S&P Midcap 400 Value | A | Dividend | J | T | | | | | |
| 166. -Ishares S&P 500 Value ETF | | None | | | Sold | 01/14/20 | L | E | |
| 167. -Baird Aggregate Bond Fund | A | Dividend | K | T | Buy<br>(add'l) | 01/13/20 | J | | |
| 168. -Pimco Total Return Fund | A | Dividend | K | T | | | | | |
| 169. -Pimco Intl Bond (US Dollar Hedged) | B | Dividend | K | T | Buy<br>(add'l) | 01/13/20 | J | | |
| 170. | | | | | Buy<br>(add'l) | 05/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Ishares Core S&P Small Cap EFT | A | Dividend | K | T | Buy (add'l) | 11/20/20 | J | | |
| 172. -Ishares Intl Aggregate Bond | B | Dividend | L | T | Buy (add'l) | 03/18/20 | J | | |
| 173. -Ishares Trust Core MSCI EAFE EFT | A | Dividend | J | T | | | | | |
| 174. -Metropolitan West Total Return Bond | A | Dividend | J | T | Buy | 01/13/20 | J | | |
| 175. -Ishares TIPS Bond ETF | A | Dividend | | | Buy | 01/14/20 | K | | |
| 176. | | | | | Sold | 03/18/20 | K | A | |
| 177. -Ishares S&P 500 Growth ETF | A | Dividend | | | Buy | 07/09/20 | J | | |
| 178. | | | | | Sold | 11/20/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Somers, Dale L.** | 05/21/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A. Item #1 BJD Somers Family LLC - I am a member, I am not an officer or board member and I have no managerial responsibilities.

B. Items listed in #6 through #114 are all assets of Fidelity Brokerage Services LLC IRA account identified in #5 above.

C. Items listed in #116 through #122 are all assets of Fidelity Brokerage Services LLC IRA account identified in #115 above.

D. Items listed in #124 through #150 are all assets of Fidelity Brokerage Services LLC non-IRA account identified in #123 above.

E. Items listed in #152 though #157 are all assets of Fidelity Brokerage Services LLC Roth IRA account identified in #151 above.

F. Items listed in #159 though #178 are all assets of Fidelity Brokerage Services LLC IRA account identified in #158 above.

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/21/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dale L. Somers**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544